

**Third Circuit - THE JUDICIARY - STATE OF HAWAI'I**
HALE KAULIKE:  777 KĪLAUEA AVENUE - HILO, HAWAI'I  96720-4212 - TELEPHONE (808) 961-7440
KEAHUOLŪ COURTHOUSE:   74-5451 KAMAKA'EHA AVENUE – KAILUA-KONA, HAWAI'I 96740 - TELEPHONE (808)322-8700
WAIMEA CIVIC CENTER AT KAMUELA - 67-5187 KAMĀMALU ST. - KAMUELA, HAWAI'I 96743 - TELEPHONE (808)443-2030

ROBERT D. S. KIM
CHIEF/ADMINISTRATIVE JUDGE

**CIRCUIT COURT**
WENDY M. DEWEESE
  Senior Family Court Judge
HENRY NAKAMOTO
PETER K. KUBOTA

DAWN G. WEST
CHIEF COURT ADMINISTRATOR

**DISTRICT & FAMILY COURT**
M. KANANI LAUBACH
  Deputy Chief Judge, District Division

Darien W. L. Ching Nagata
Jeffrey A. Hawk
Jeffrey W. Ng
Kimberly B. M. Tsuchiya
Jill M. Hasegawa
Joanna E. Sokolow

December 1, 2023
*Via Federal Express*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 05 2023

at 3 o'clock and 20 min. P M
Lucy H. Carrillo, Clerk
LS

Office of the Clerk
U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii   96850

Re:   Third Circuit Court Civil 3CCV-22-0000359
      Notice of Removal to U.S. District Court
      Civil No. 23-00499

To the Clerk of the Court:

Pursuant to *Notice of Removal; Exhibits "A" – "B"; Certificate of Service* filed on November 30, 2023 in the United States District Court, District of Hawaii, enclosed please find the Case Detail Docket List and a DVD containing the Certified Record of the Third Circuit Court case 3CCV-22-0000359 maintained in JIMS (Judiciary Information Management System),

The electronic records maintained in JIMS are deemed original documents for all purposes under the Hawai'i Rules of Court pursuant to Rule 3.2 of the Hawai'i Electronic Filing & Service Rules.

Office of the Clerk
U.S. District Court
District of Hawaii

        Also enclosed is the Circuit Court Clerk's Certificate certifying that the records transmitted are certified to be the official record.

                                            Sincerely,

                                            Kiara Goo
                                            Clerk of the Circuit Court
                                            Court Documents Clerk, Hilo.