
COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
   E-Mail: sbenton@cwlfirm.com
MELISSA T. MARUSHIGE 9889
   E-Mail: mmarushige@cwlfirm.com
GREGORY Y. P. TOM 6090
   E-Mail: gtom@cwlfirm.com
700 Bishop Street, Suite 2008
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Defendant
WALMART INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LEE ANN I. MAIKUI,<br><br>      Plaintiff,<br><br>  vs.<br><br>WALMART INC., incorporated in Delaware; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>      Defendants. | Civil No. 23-cv-00499 MWJS-WRP<br>(Other Non-Motor Vehicle Tort)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**<br><br><br>Trial Date: April 7, 2025<br>Trial Judge: Hon. Micah W. J. Smith |

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and among the parties hereto, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and Rule 41.1, Local Rules of Practice for the U.S. District Court for the District of Hawaii, that the Complaint against Defendant WALMART INC. and all other claims and all other parties are hereby dismissed with prejudice.  Each party to bear their own attorney's fees and costs.

All parties who have appeared have executed this Stipulation.  There are no remaining claims, parties or issues.  Trial is scheduled for April 7, 2025.

DATED:  Honolulu, Hawaii, October 31, 2024.

/s/ Don V. Huynh
LAURENT J. REMILLARD, JR.
DON V. HUYNH
RECHELLE A. M. BARBOUR
Attorneys for Plaintiff
LEE ANN I. MAIKUI

/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
SHAWN L. M. BENTON
MELISSA T. MARUSHIGE
GREGORY Y. P. TOM
Attorneys for Defendant
WALMART INC.

APPROVED AS TO FORM:



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

_____
*Lee Ann I. Maikui v. Walmart Inc.*, et al., Civil No. 23-cv-00499 MWJS-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES